**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ADVANCED VASCULAR ASSOCIATES** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 26-2859** |
| | : | |
| **INDEPENDENCE BLUE CROSS** | : | |

# ORDER

**AND NOW**, this 28th day of September 2026, after considering Plaintiff's Motion to Remand (DI 10), defendant's response (DI 14) and plaintiff's reply (DI 15), and for the reasons explained in the accompanying memorandum, it is **ORDERED** that Plaintiff's motion to remand (DI 10) is **GRANTED.**

The matter is hereby **REMANDED** to the Court of Common Pleas of Philadelphia.

/s/John F. Murphy, U.S.D.J.

**MURPHY, J.**